United States District Court
Southern District of Texas
**ENTERED**
July 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **ALI KEMAL UGUR AND FUNDA UGUR,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 4:26-CV-4254** |
| | § | |
| **MARKWAYNE MULLIN,** *et al.,* | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## ORDER

Plaintiffs Ali Kemal Ugur and Funda Ugur have filed a Voluntary Dismissal of Action. ECF No. 8. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs' claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE.** The Clerk is directed to close the case.

   **IT IS SO ORDERED.**

   **SIGNED** at Houston, Texas, on this the 28th day of July, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE